UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BUFFY HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:13-CV-397- CCS |
| ) | |
| ALLSTATE INSURANCE CO., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, Defendant Allstate Insurance Company and Allstate Property and Casualty Insurance Company's Second Motion for Summary Judgment **[Doc. 70]** is **GRANTED**. Plaintiff's claims are **DISMISSED**, and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED**.

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge

ENTERED AS JUDGMENT

s/ Debra C. Poplin
Clerk of Court